Larchmont Horse Railway Company and the Portchester Street Railway Company. No opinion. Interlocutory judgments affirmed, with costs.

**PANTZER**, Respondent, v. FEDERAL CO-OPERATIVE BUILDING & LOAN ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by George F. Pantzer against the Federal Co-operative Building & Loan Association. No opinion. Judgment of the municipal court affirmed, with costs.

**PARFITT**, Appellant, v. WILLIAMS, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Walter E. Parfitt, etc., against James H. Williams, etc. No opinion. Judgment of the municipal court affirmed, with costs.

**PARKER** et al., Appellants, v. MELVILLE, Respondent. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by James H. Parker and another against Henry H. Melville. W. T. Read, for appellants. C. K. Carpenter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

**PARKS**, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Julien Allen Parks against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

**PATTERSON** v. CITY OF WATERVLIET. (Supreme Court, Appellate Division, Third Department. May 13, 1902.) Action by Bridget Patterson against the city of Watervliet. No opinion. Motion denied.

**PEOPLE** v. AMERICAN LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Proceeding by the people of the state of New York against the American Loan & Trust Company. No opinion. Motion granted. Questions to be formulated on settlement of order.

**PEOPLE** v. AMERICAN LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Proceeding by the people of the state of New York against the American Loan & Trust Company. No opinion. Motion to resettle order denied.

**PEOPLE** v. AMETTA et al. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Proceeding by the people of the state of New York against Tony Ametta and another. No opinion. Motion granted.

**PEOPLE** v. BISSERT. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Proceeding by the people of the state of New York against George Bissert. No opinion. Motion denied.

**PEOPLE**, Appellant, v. BOOTMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Proceeding by the people of the state of New York against Jacob V. Bootman and Howard R. Robinson. F. S. Black, for the People. L. Marshall, for respondents. No opinion. Judgment affirmed.

**PEOPLE** v. BOOTMAN et al. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Proceeding by the people of the state of New York against Jacob V. Bootman and another. No opinion. Motion granted. Questions to be formulated on settlement of order.

**PEOPLE** v. BURNS. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Mortimer Burns was convicted of rape, and from the judgment, an order denying motion for arrest of judgment, and an order denying defendant's motion for a new trial, he appeals. Affirmed. Robert L. Drummond, for appellant. Harry T. Dayton, Dist. Atty., for the People.

PER CURIAM. The evidence on behalf of the people in this case very conclusively establishes the defendant's guilt, and his testimony and that of his associates is such as to leave no reasonable doubt of the fact. A jury, after a fair and impartial trial, found the defendant guilty of the crime charged in the indictment. We have examined the exceptions taken by the defendant's counsel to the rulings of the learned trial court, and are of the opinion that they do not present error prejudicial to the defendant, and such as to require a reversal of the judgment, and that under section 542 of the Code of Criminal Procedure it is the duty of this court to affirm the judgment of conviction and orders appealed from. Judgment of conviction and orders affirmed, and case remitted to the county court of Cayuga county, pursuant to section 547 of the Code of Criminal Procedure.

WILLIAMS, J. (dissenting). The judgment and orders appealed from should be reversed, and a new trial ordered. There was no dispute on the trial as to the fact that defendant had sexual intercourse with the complainant at the time and place alleged in the indictment. The only controversy upon the facts was as to whether the complainant consented to the intercourse, or offered so little resistance under the circumstances as to relieve the defendant from guilt of the crime of rape in the first degree. There were also some exceptions to the admission and rejection of evidence, and to the charge of the court, and some occurrences upon the trial, which are urged as calling for a reversal of the conviction and judgment. These are the questions to be considered upon this appeal. I have examined the evidence with a good deal of care, as to the intercourse itself and the conduct of the complainant, at